**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY HOGUE, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERIZON BUSINESS NETWORK SERVICES, LLC, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-0852 FMO (MRWx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

　　　1.  Plaintiff Jeffrey Hogue shall be paid a service payment of $5,000.00 in accordance with the terms of the Settlement Agreement and the Order.

　　　2.  Class counsel shall be paid $204,600.00 in attorney's fees, and $19,293.64 in costs in accordance with the terms of the Settlement Agreement and the Order.

　　　3.  ILYM shall be paid its fees and expenses in accordance with the terms of the Settlement Agreement and the Order.

　　　4.  The LWDA shall be paid $37,500.00 pursuant to the Settlement Agreement.

　　　5.  All class members who did not validly and timely request exclusion have released their claims against any of the released parties (as defined in the Settlement Agreement) as set forth in the Order and the Settlement Agreement.

6.  Except as to any class members who have validly and timely requested exclusion, this action is dismissed with prejudice, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 10th day of June, 2024.

                                          /s/
                            Fernando M. Olguin
                        United States District Judge